

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.                                                 No. 1-18CR-054-C

MAYRA YURIVIA REYES (1)
  a/k/a Mayra Bautista-Hernandez
BRANDY SIOBHAN WRIGHT (2)
ROBERT EVANS RENO (3)

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with Intent to Distribute
50 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury, and continuing to on or about the date of this indictment, in the Abilene Division of the Northern District of Texas, and elsewhere, **Mayra Yurivia Reyes**, a/k/a Mayra Bautista-Hernandez, **Brandy Siobhan Wright**, and **Robert Evans Reno**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury, to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

All in violation of Title 21, United States Code, Section 846.

**Mayra Yurivia Reyes, et al.**
**Indictment – Page 1**

<u>Count Two</u>
Possession with Intent to Distribute
50 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii))

On or about February 6, 2018, in the Abilene Division of the Northern District of

Texas, and elsewhere, **Mayra Yurivia Reyes**, a/k/a Mayra Bautista-Hernandez,

defendant, did intentionally and knowingly possess with intent to distribute 50 grams and

more, but less than 500 grams, of a mixture and substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

Count Three
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about February 6, 2018 in the Abilene Division of the Northern District of

Texas, and elsewhere, **Mayra Yurivia Reyes**, a/k/a Mayra Bautista-Hernandez,

defendant, did knowingly possess a firearm, to wit: a 9mm Springfield Armory pistol,

Model XD-9, serial number XF941876, in furtherance of a drug trafficking crime, that is,

Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams and More of

Methamphetamine, in violation of Title 21, United States Code, Section 846, as charged

in count one of this indictment, an offense for which she may be prosecuted in a court of

the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2, and *Pinkerton*

*v. United States*, 328 U.S. 640 (1946).

<u>Count Four</u>
Convicted Felon in Possession of a Firearm and Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about February 6, 2018, in the Abilene Division of the Northern District of

Texas, and elsewhere, **Mayra Yurivia Reyes**, a/k/a Mayra Bautista-Hernandez,

defendant, a person who had previously been convicted of a crime punishable by a term

of imprisonment exceeding one year, did knowingly possess, in and affecting interstate

and foreign commerce, a firearm, to wit: a 9mm Springfield Armory pistol, Model XD-9,

serial number XF941876, with 15 rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of Count One, Two, Three or Four of this indictment and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Mayra Yurivia**

**Reyes,** a/k/a Mayra Bautista-Hernandez, shall forfeit to the United States of America any

firearm and ammunition involved in or used in the knowing commission of the offense,

including, but not limited to, the following: a 9mm Springfield Armory pistol, Model

XD-9, serial number XF941876 with 15 rounds of ammunition.

A TRUE BILL:

FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
351 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
Facsimile:   325-673-3139
E-mail:      Juanita.Fielden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

MAYRA YURIVIA REYES (1)
a/k/a Mayra Bautista-Hernandez
BRANDY SIOBHAN WRIGHT (2)
ROBERT EVANS RENO (3)

INDICTMENT

COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
TO DISTRIBUTE 50 GRAMS OR MORE OF
METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR
MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii).

COUNT 3: POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
TRAFFICKING CRIME
Title 18, United States Code, Section 924(c).

COUNT 4: CONVICTED FELON IN POSSESSION OF A FIREARM AND
AMMUNITION
Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

FORFEITURE NOTICE

(4 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this 8th day of August, 2018.

_____ Clerk

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE