IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:18-CR-054-01-C |
| | ) | ECF |
| ROBERT EVANS RENO | ) | |

## **ORDER**

Came on for consideration Defendant's Discovery Motion - Extraneous Acts.  The Court

having considered the motion is of the opinion that same should be **GRANTED**.

SO ORDERED.

Dated August 27, 2018.

_____

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE