# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 AUG 28 AM 11:27
DEPUTY CLERK

HONORABLE: E. SCOTT FROST PRESIDING
DEPUTY CLERK: JEANINE FISH   COURT REPORTER/TAPE NUMBER: DIGITAL
LAW CLERK: NONE   USPO: Scott Cannon
INTERPRETER: NONE   Date: 8/28/18

Cr. No. 1:18-CR-054-C-BL   DEFT. No. _____

UNITED STATES OF AMERICA
V.   § § § §   JUANITA FIELDEN_____, AUSA

ROBERT EVANS RENO   DAVID SLOAN
Defendant's Name   Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 10:09 – 10:10 am   6 min

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [ ] None

Days in Trial: _____
Hearing Concluded: [ ] Yes  [ ] No

- [ ] Defendant SWORN.
- [■] Arraignment   [ ] Rearraignment - Held on count (s) 1
  of the 1 count(s)  [■] Indictment  [ ] Information  [ ] Superseding Indictment  [ ] Complaint  [ ] Superseding Information
- [ ] Sentencing Guidelines
- [■] Deft enters a plea of   [■] Not Guilty  [ ] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted   [ ] Court defers acceptance of Plea Agreement
- [ ] Plea Agreement filed (see agreement for details)  [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [ ] Factual Resume filed.
- [ ] Sentencing set  Date: _____ Time: _____
- [ ] Trial set for  Date: _____ Time: _____
  Pretrial motions due: _____   Discovery motions/Government Responses due: _____
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed. PSI due: _____ Pre-sentence Referral Form to: _____
- [ ] Deft Bond  [ ] Set  [ ] reduced to $_____  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond  [ ] continued  [ ] forfeited
- [■] Deft Custody/Detention continued.
- [ ] Deft REMANDED to custody.

OTHER PROCEEDINGS: