# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 SEP 20 PM 12:40
DEPUTY CLERK

HONORABLE: E. SCOTT FROST, PRESIDING

DEPUTY CLERK: JEANINE FISH

LAW CLERK: NONE

INTERPRETER: NONE

COURT REPORTER/TAPE NUMBER: DIGITAL

USPO: Martin Hernandez

Date: 09-20-18

Cr. No. 1:18-CR-054-C-BL-3       DEFT. No. _____

UNITED STATES OF AMERICA
V.

JUANITA FIELDEN, AUSA

ROBERT EVANS RENO
Defendant's Name

DAVID SLOAN
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ~~ARRAIGNMENT~~/REARRAIGNMENT

Time in Court: 10:39 - 10:46 am   7 min

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [ ] None

Days in Trial: _____

Hearing Concluded: [ ] Yes  [ ] No

- [x] Defendant SWORN.
- [ ] Arraignment
- [x] Rearraignment - Held on count(s) 1
- of the 1 count(s) [x] Indictment [ ] Information [ ] Superseding Indictment [ ] Complaint [ ] Superseding Information
- [ ] Sentencing Guidelines
- [x] Deft enters a plea of  [ ] Not Guilty  [x] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted  [ ] Court defers acceptance of Plea Agreement
- [x] Plea Agreement filed (see agreement for details)  [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [x] Factual Resume filed.
- [ ] Sentencing set  Date: _____  Time: _____
- [ ] Trial set for  Date: _____  Time: _____
- Pretrial motions due: _____   Discovery motions/Government Responses due: _____
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed. PSI due: _____   Pre-sentence Referral Form to: _____
- [ ] Deft Bond  [ ] Set  [ ] reduced to $ _____  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond  [ ] continued  [ ] forfeited
- [x] Deft Custody/Detention continued.
- [ ] Deft REMANDED to custody.

OTHER PROCEEDINGS: Consent given; Essential elements of the offense read into the record. Magistrate Judge to make a report and recommendation to the District Judge. District Judge to enter a scheduling order at a later date.