CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 MAR 26  AM 9:58

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | NO. 1-18-CR-054-((03)) |
| ROBERT RENO | |

## MOTION FOR TERMS OF INCARCERATION TO RUN CONCURRENT

COMES NOW, ROBERT RENO, PRO SE, IN THE ABOVE-STYLED AND NUMBERED CAUSE, AND MAKES THIS MOTION FOR TERMS OF INCARCERATION TO RUN CONCURRENT, AND IN SUPPORT THEREOF SHOWS THIS HONORABLE COURT AS FOLLOWS:

### I.

DEFENDANT WAS CONVICTED IN THE 42nd DISTRICT COURT, TAYLOR COUNTY, TEXAS UNDER CAUSE NUMBERS 27132-A AND 27142-A. CAUSE NUMBER 27132-A WAS "TO RUN CONSECUTIVE TO ANY SENTENCES IMPOSED IN CASE NUMBER 27132-A PENDING IN THE 42nd DISTRICT COURT, TAYLOR COUNTY, TEXAS."

### II.

CAUSE NUMBER 27142-A AND CAUSE NUMBER 27132-A ARE RUNNING CONCURRENT. DEFENDANT SEEKS TO HAVE BOTH STATE CHARGES/SENTENCES AND HIS FEDERAL SENTENCE RUN CONCURRENT WITH CASE NUMBER 1-18-CR-054-((03)).

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA
V.
ROBERT RENO

NO. 1-18-CR-054-(C03)

## MOTION FOR TERMS OF INCARCERATION TO RUN CONCURRENT

WHEREFOR PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS HONORABLE COURT SET THIS MOTION FOR HEARING, AND AT SAID HEARING IN ALL THING GRANT DEFENDANT'S MOTION.

RESPECTFULLY SUBMITTED,

*Robert Reno*
ROBERT RENO # 108998
C/O TAYLOR CO. JAIL
910 S. 27TH ST.
ABILENE, TX. 79602

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA
v.
ROBERT RENO

NO. 1-18-CR-054-(03)

## FIAT

IT IS HEREBY ORDERED THAT THE ABOVE MOTION BE HEARD ON THE _____ DAY OF _____, 2019, at _____ O'CLOCK ___ M.

_____
JUDGE PRESIDING

## ORDER

ON THIS _____ DAY OF _____, 2019, CAME TO BE HEARD THE FOREGOING MOTION, AND IT APPEARS THAT THE SAME SHOULD BE GRANTED / DENIED.

_____
JUDGE PRESIDING

[ CLERK
U.S. DISTRICT COURT
PO BOX 1218
ABILENE, TX. 79601 ]



MARCH 20, 2019

RE: U.S.A. v. ROBERT RENO; CASE NUMBER 1-18-CR-054-(C03); MOTION FOR TERMS OF INCARCERATION TO RUN CONCURRENT

DEAR DISTRICT COURT CLERK!

ENCLOSED, PLEASE FIND THE ABOVE REFERENCED DOCUMENTS. PLEASE DATE STAMP, FILE AND BRING THESE TO THE ATTENTION OF THE HONORABLE COURT. PLEASE RETURN NOTIFICATION OF THEIR RECEIPT, TO ME, AT THE ADDRESS BELOW.
THANK YOU, IN ADVANCE, FOR YOUR PROMPT, COURTEOUS, AND PROFESSIONAL ATTENTION TO THESE MATTERS.

RESPECTFULLY SUBMITTED,

(X) Robert Reno
ROBERT RENO # 108998
C/O TAYLOR COUNTY JAIL
910 S. 27TH ST.
ABILENE, TX. 79602

Robert Reno 108998
910 S. 27th
Abilene TX 79602

U.S. District Court Clerk
U.S. Dist. Court
P.O. Box 1218
Abilene, TX 79601

RECEIVED
MAR 26 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TAYLOR COUNTY
INMATE CORRESPONDENCE

