CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 MAR 26  AM 9:58
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA
V.                                                       NO. 1-18-CR-054-1(03)
ROBERT RENO

## MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS

NOW COMES, ROBERT RENO, DEFENDANT IN THE ABOVE NUMBERED, AND STYLED CAUSE, AND HUMBLY REQUESTS THAT THIS HONORABLE COURT GRANT HIM PERMISSION TO PROCEED IN FORMA PAUPERIS (PRO SE), AND IN SUPPORT WOULD SHOW THE FOLLOWING:

### I.

DEFENDANT IS NOT CURRENTLY EMPLOYED; HAS NO REAL PROPERTY, AND HAS NO PENSIONS, ANNUITIES, OR LIFE INSURANCE. DEFENDANT RECEIVES NO AMOUNT OF MONEY FROM ANY SOURCE. IN SUPPORT OF THE AFOREMENTIONED, SEE ATTACHED APPLICATION TO PROCEED IN FORMA PAUPERIS.

WHEREFORE, PREMISES CONSIDERED, DEFENDANT RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT IN ALL THINGS GRANT DEFENDANT'S MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS.

RESPECTFULLY SUBMITTED,

X _Robert Reno_
ROBERT RENO # 108998     C/O Taylor Co. Jail

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT RENO | NO. 1-18-CR-054-(03) |

MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS

FIAT

IT IS HEREBY ORDERED THAT THE ABOVE MOTION BE HEARD ON THE _____ DAY OF _____, 2019, AT _____ O'CLOCK ___ M.

_____
JUDGE PRESIDING

ORDER

ON THIS _____ DAY OF _____, 2019, CAME TO BE HEARD THE FOREGOING MOTION, AND IT APPEARS THAT THE SAME SHOULD BE GRANTED/DENIED.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT RENO | NO. 1-18-CR-054-(103)) |

## Application To Proceed In Forma Pauperis

I, Robert Reno, declare, depose, and say that I am the Defendant in the above-entitled case. In support of my Motion to proceed without being required to pre-pay fees, costs, or give security thereof, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true:

1. Have you received, within the past 12 months, any money from any of the following sources? ☐ YES ☒ NO
   a. Business, professional, or form of self-employment? ☐ Yes ☒ NO
   b. Rent payments, interest, or dividends? ☐ Yes ☒ NO
   c. Pensions, annuities, or life insurance payments? ☐ Yes ☒ NO
   d. Gifts or inheritances? ☐ YES ☒ NO
   e. Family or friends? ☒ YES ☐ NO
   f. Any other sources? ☐ YES ☒ NO

If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months. I recieve a minimal amount of money for hygene through commissary.

2. Do you own cash, or do you have money in a checking or savings account including any funds in prison accounts? ☐ YES ☒ NO. If you answered YES, state the total value of the items owned. N/A

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property excluding ordinary household furnishings and clothing? ☐ YES ☒ NO If you answered YES, describe the property and state its approximate value. N/A

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).

Signed this 23 day of March, 2019.

*Robert Reno* (signature)

Robert Reno # 108998
c/o Taylor Co. Jail
910 S. 27th St.
Abilene, TX. 79602