IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:18-CR-054-03-C |
| | § | ECF |
| ROBERT EVANS RENO (3) | § | |

## ORDER

The Court having considered Defendant's Motion for Terms of Incarceration to Run Concurrent and Motion for Leave to Proceed In Forma Pauperis, is of the opinion that the same should be **DENIED**.

SO ORDERED.

Dated April 25, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE