(UNITED STATES DISTRICT) 11-9-20

TO: Honorable Judge of
Said Court: Sam Cummings.

I Robert Evans Reno. Am Requesting all Discovery relating to Cause # 1:18-CR-00054-C(03) USM No. 57599-177. I am preparing to file a next level appeal. & need all relevant Information Involving This case.

I pray for Assistance in this matter.
Thank you.

Pro-se
Respectfully Submitted
Robert Evans Reno V
1620 F.M. 3344
Jacksboro, Tx. 76458



RECEIVED
NOV 16 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

11-9-20

TO: The Clerk of the
United States District Court

Enclosed you will find two motions of request for Trial Discovery. Please present one motion to The Honorable Judge in my Behalf. & please file the other motion with the Courts.

Your time & attention to this matter is greatly appreciated. Thank you & God bless you.

Respectfully Submitted,
Robert Evans Rene V
1620 F.M. 3344
Jacksboro, Tx, 76458

LATE Entry: I have made several attempts to aquire this information from my federal public Defender. A MR David Sloan. and has had no respose. from him at all.

RECEIVED
NOV 16 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Robert [illegible] #0[illegible]53
1620 F.M. 3344
Jacksboro, Tx. 76458

To: The Clerk
Honorable Courtroom
Of Senior U.S. District Judge Sam R.
1205 Texas Avenue
Cummings

: Legal Mail :

RECEIVED
NOV 16 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX PSDC
DALLAS TX 750
10 NOV 2020 PM 7 L

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL
INSTITUTIONS DIVISION