CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
P.O. BOX 1218
ABILENE, TEXAS 79604

OFFICIAL BUSINESS

LEGAL MAIL

1:18-cr-54 #131

Robert Evans Reno #108998
910 S 27th Street
Abilene, TX 79602

$ 000.65

MAILED FROM ZIP CODE 79601

RECEIVED

DEC 11 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

NIXIE          750     FE     1          0012/09/20

              RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 79604121818          *2182-00801-09-20

79604>1218