1:18-CR-00054-H-BU-3

To. The Clerk
of The United States
District Court.

Enclosed you will find two motions for Discovery IN Reguard to Cause DKT. NO. 135. please present one to The Honorable Judge. & file the other with THE Courts.

Thank You for your time & attention.

Respectfully submitted

Robert Evans Reno V
12-30-20
TDCJ# 02262524
1620 FM 3344
Jacksboro, Texas 76458

Motion Request for
Discovery In Case
DKT. NO. 135

I Robert Reno Comes To Honorable Court requesting all Discovery relating To This Cause. DKT. NO. 135. I am preparing a next level appeal. For I Robert Reno was sentenced by Judge Cummings on January 4, 2019. I Realize THAT I'm out of Time for a Direct Appeal. And ask The Court To Aid In preparing for next level writ of Habeus Corpus

THEREFORE I Robert Reno Pray for Relief In This matter of Gaining Discovery.

Respectfully submitted

Robert Evans Reno V
12-30-20
TDCJ# 02262524
1620 FM 3344
Jacksboro, Texas   76458

I Robert Reno, is a Inmate in the Texas Department of Criminal Justice. And I am an Indigent offender. & Im filing In Forma Pauperis

Respectfully submitted
Robert Evans Reno V
12-30-20
TDCJ # 02262524
1620 FM 3344
Jacksboro, Texas 76458

Motion Request for
Discovery In Case
Dkt. No. 185

I Robert Reno comes to Honorable court requesting all discovery relating to this cause. DKT NO. 185. I am preparing a next level appeal. For I Robert Reno was sentenced by Judge Cummings on January 4, 2019. I Realize That I'm out of time for a direct Appeal. And Ask the court to Aid in preparing for next level writ of habeas corpus.

Therefore I Robert Reno Pray for Relief In This matter of Gaining Discovery

Respectfully submitted

Robert Evans Reno V
TDCJ # 02262524
1620 FM 3344
Jacksboro, Texas  76458

I Robert Reno, is a inmate in the Texas Department of criminal Justice. And I am an Indigent offender. & Im filing in forma pauperis.

Respectfully submitted

Robert Evans Reno V
12-30-20
TDCJ# 02262524
1620 FM 3344
Jacksboro, Texas 76458

Robert Emanuel Thompson
1629 FM 3344
Jacksboro, Texas 76458

Legal Mail

United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Texas 79604

RECEIVED
JAN 4 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FOREVER / USA